to supplement the record, *see Dakota Indus., Inc. v. Dakota Sportswear, Inc.,* 988 F.2d 61, 63 (8th Cir.1993).

pany in Fells's lawsuit alleging breach of duty by the title insurer. Following careful de novo review, *see Northland Cas. Co. v. Meeks,* 540 F.3d 869, 872 (8th Cir.2008) (standard of review), and consideration of Fells's arguments on appeal, we conclude that summary judgment was appropriate for the reasons stated by the District Court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Sarah FELLS, Appellant,**

v.

**STEWART TITLE GUARANTY COMPANY, Appellee.**

**No. 10–2462.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 1, 2010.

Filed: Nov. 8, 2010.

Everett O. Martindale, Jr., Little Rock, AR, for Appellant.

William Taylor Marshall, II, Marie–Bernarde Miller, Williams & Anderson, Little Rock, AR, for Appellee.

Before MURPHY, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Sarah Fells appeals from the order of the District Court [1] granting summary judgment to Stewart Title Guaranty Com-

Disposition of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the Recommended